**No. 11-138. E. Belinda Bauer, as Trustee of the Craig E. Bauer Insur-**

ance Trust, Petitioner v. Reliance Standard Life Insurance Company.

565 U.S. 883, 132 S. Ct. 253, 181 L. Ed. 2d 146, 2011 U.S. LEXIS 5252.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 421 Fed. Appx. 226.